UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUGLAS JAVIER CORDERO, on behalf of himself and others similarly situated,

CASE NO. 8:26-cv-00121-MSS-AEP

Plaintiff,

vs.

DIRECT FUNDING NOW LLC,

Defendant.

______________________/

**DECLARATION OF DOMINIQUE MURILLO**

I, Dominique Murillo, hereby declare and state:

1. My name is Dominique Murillo, and I am over the age of 18. I have personal knowledge of the statements contained herein.

2. I am Operations Manager for Direct Funding Now, LLC ("DFN").

3. DFN is a California limited liability company whose principal place of business is in Irvine, California.

4. DFN operates no offices or facilities in Florida.

5. DFN does not own any property in Florida.

6. DFN has no employees working in a Florida location.

7. DFN has not insured a person, property, or risk located in Florida.

8. DFN has not breached any contract in Florida by failing to perform acts required by the contract to be performed in Florida.
9. DFN operates in the business-to-business space, and so it works with marketing sources that target businesses or business owners in their professional capacity.
10. To the best of DFN's knowledge, DFN did not initiate the phone calls referenced in paragraphs 29 and 31 of the Plaintiff's Complaint, and DFN only has knowledge of the second call because the Plaintiff expressed interest in the services at issue during that second call, such that it was transferred to DFN.
11. DFN works with third-party marketers who generate leads, but DFN does not direct or control how those marketers obtain the leads, nor how they obtain the contact information for those leads.
12. DFN does not direct any third-party entity to call any specific entities or individuals.
13. DFN does not supply lists of phone numbers to third-party marketers.
14. DFN does not authorize any third-party marketing entity with which it works to enter into agreements on DFN's behalf, including as to Plaintiff.

15. If a call between DFN (as opposed to a call with a third-party marketer) and a potential customer is recorded, it is recorded by a third-party vendor, and DFN is not aware where those calls are physically recorded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: March 16, 2026

Dominique Murillo

By: Dominique Murillo