**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

DOUGLAS JAVIER CORDERO,

Plaintiffs,

v. Case No. 8:26-CV-00121-MSS-AEP

DIRECT FUNDING NOW LLC,

Defendants.

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cordero hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: April 8, 2026

Respectfully submitted,

*/s/ Avi R. Kaufman*

Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Classes*